**Order entered May 20, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00949-CR

**ALEX LEON DICKERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F16-75623-X**

## ORDER

Pending is the State's motion to extend the time for filing the accompanying State's brief.

The motion is GRANTED and the Clerk of the Court is hereby ordered to file the State's brief

tendered to the Court.

/s/    LANA MYERS
           JUSTICE